THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| VENUS ROSS, ) | |
| ) | CASE NO.  CV05-05186 FDB |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER DISMISSING** |
| ) | **ALL CLAIMS AGAINST FEDEX** |
| FEDEX CORPORATION, FEDEX GROUND ) | **CORPORATION WITH PREJUDICE** |
| PACKAGE SYSTEM INC, DOES 1-5, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

Based on the stipulation of the parties, it is:

ORDERED that all claims against only FedEx Corporation are dismissed with prejudice and without any attorney's fees or costs to either party, and the caption will be changed to reflect FedEx Corporation's dismissal.

DATED this 18th day of November 2005.

_[signature]_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST
FEDEX CORPORATION WITH PREJUDICE
(CV05-05186FDB) - 1

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST
FEDEX CORPORATION WITH PREJUDICE
(CV05-05186FDB) - 2

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Presented by:

JACKSON LEWIS LLP


By: /s/ Karen P. Kruse
Karen P. Kruse, WSBA #19857
Michael A. Griffin, WSBA #29103
600 University Street, Suite 2900
Seattle, WA  98101
Telephone:  (206) 405-0404
Fax:  (206) 405-4450
E-mail:  krusek@jacksonlewis.com
E-mail:  griffinm@jacksonlewis.com
Attorneys for Defendants


Approved for Entry, Notice of Presentation Waived:


GRANT & ASSOCIATES


By: /s/ Artis C. Grant
Artis C. Grant, Jr., WSBA #26204
3002 S 47th St.
Tacoma, WA  98409-4416
Telephone: (253) 472-6213
Fax: (253) 473-9695
Email:  agrant@lawdome.com
Attorney for Plaintiff, Venus Ross

[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST FEDEX CORPORATION WITH PREJUDICE
(CV05-05186FDB) -  3

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

I hereby certify that on the 17th day of November, 2005, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Artis C. Grant (agrant@lawdome.com) and Roxanne L. Rarangol (rrarangol@lawdome.com), Grant & Associates, 3002 South 47th Street, Tacoma, WA 98409-4416.

Dated this 17th day of November, 2005, at Seattle, Washington.

                                         /s/ Sheryl Fogarty
                                         Sheryl Fogarty

[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST FEDEX CORPORATION WITH PREJUDICE
(CV05-05186FDB) - 4

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404