THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| VENUS ROSS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGE SYSTEM INC,<br><br>　　　　　Defendants. | CASE NO.  CV05-05186 FDB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties, it is:

ORDERED that this action be dismissed with prejudice and without any attorney's fees or costs to either party.

DATED this 12th day of December, 2005.

_(signature)_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(CV05-05186FDB) - 1

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Presented by:

JACKSON LEWIS LLP


By:   /s/ Karen P. Kruse
Karen P. Kruse, WSBA #19857
Michael A. Griffin, WSBA #29103
600 University Street, Suite 2900
Seattle, WA  98101
Telephone:  (206) 405-0404
Fax:  (206) 405-4450
E-mail:  krusek@jacksonlewis.com
E-mail:  griffinm@jacksonlewis.com
Attorneys for Defendants


Approved for Entry, Notice of Presentation Waived:


GRANT & ASSOCIATES


By: /s/ Roxanne L. Rarangol (per e-mail authorization)
Artis C. Grant, Jr., WSBA #26204
Roxanne L. Rarangol, WSBA # 30340
3002 S 47th St.
Tacoma, WA  98409-4416
Telephone: (253) 472-6213
Fax: (253) 473-9695
Email:  agrant@lawdome.com
Email:  rrarangol@lawdome.com
Attorney for Plaintiff, Venus Ross

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (CV05-05186FDB) - 2

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

I hereby certify that on the 9th day of December, 2005, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Artis C. Grant (agrant@lawdome.com) and Roxanne L. Rarangol (rrarangol@lawdome.com), Grant & Associates, 3002 South 47th Street, Tacoma, WA 98409-4416.

Dated this 9th day of December, 2005, at Seattle, Washington.

    /s/ Sheryl Fogarty
Sheryl Fogarty

[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(CV05-05186FDB) - 3

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404